CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2014

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE KIDD,<br>    Plaintiff, | ) )  ) | Civil Action No. 7:14-cv-00094 |
| v. | ) ) ) | **ORDER** |
| LYNCHBURG ADULT DETENTION<br>CENTER,<br>    Defendant. | ) ) ) | By:   Hon. James C. Turk<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of April, 2014.

                      /s/ James C. Turk
                      United States District Judge